ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Development & Evolution Construction Co. ) | ASBCA No. 59462 |
| ) | |
| Under Contract No. W5KA4N-11-C-0128 ) | |

APPEARANCE FOR THE APPELLANT:        Domenic Senger-Schenck, Esq.
                                     Rosenstock Legal Services
                                     Kabul, Afghanistan

APPEARANCES FOR THE GOVERNMENT:      Raymond M. Saunders, Esq.
                                     Army Chief Trial Attorney
                                     MAJ Jamal A. Rhinehardt, JA
                                     Trial Attorney

ORDER OF DISMISSAL

In accordance with the request of the parties, the above-captioned appeal is dismissed without prejudice pursuant to Board Rule 18 for a period of six months. Unless either party or the Board moves to reinstate the appeal within six months of the date of this Order, the dismissal shall be deemed with prejudice.

Dated: 1 September 2015

ELIZABETH A. TUNKS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59462, Appeal of Development & Evolution Construction Co., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals